UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victor Fields,

        Petitioner,

v.                                                                     Civil No. 07-3995 (JNE/FLN)
                                                                    ORDER

Joan Fabian, Commissioner
of Corrections,

        Respondent.

This case is before the Court on a Report and Recommendation issued by the Honorable Franklin L. Noel, United States Magistrate Judge, on June 11, 2008. The magistrate judge recommended that Petitioner's application for a writ of habeas corpus be dismissed with prejudice. Petitioner objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

    1.        Petitioner's application for a writ of habeas corpus [Docket No. 1] is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 15, 2008

                                                                s/ Joan N. Ericksen
                                                                JOAN N. ERICKSEN
                                                                United States District Judge